# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANDREA BAKER,<br><br>    Plaintiff,<br><br>v<br><br>CAPITAL ONE BANK, N.A.<br><br>    Defendant. | C. A. No.: 1:19-cv-22769 JLK |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: September 15, 2020

By: */s/ Amy L. B. Ginsburg*
Amy L. B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Elanor A. Mulherrn, Esq.
Jenny N. Perkins, Esq.
Ballard Spahr LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
Attorneys for Defendant

Dated: September 15, 2020   By: */s/ Amy L. B. Ginsburg*
　　　　　　　　　　　　　　　　Amy L. B. Ginsburg, Esquire
　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com