<strong>UNITED STATES DISTRICT COURT<br>
SOUTHERN DISTRICT OF FLORIDA</strong>

CASE NO. 19-22769-CV-KING

ANDREA BAKER,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

_____/

<strong><u>FINAL ORDER OF DISMISSAL</u></strong>

THIS CAUSE came before the court upon the Notice of Settlement (D.E. #9) filed September 15, 2020. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby **DISMISSED**. The Court shall retain jurisdiction to enforce the terms of the agreement.

2.     Any and all motions pending are Denied as Moot.

3.     The Pretrial, Trial, Discovery Deadlines, and Motion Practice Deadlines dates are hereby canceled.

4.     The Clerk of Court shall close this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 16th day of September, 2020.

                                                JAMES LAWRENCE KING
                                                UNITED STATES DISTRICT JUDGE

cc:
**Counsel of Record**